Irene WADDLE  *v.*  STATE of Arkansas

CR 04–179                                              167 S.W.3d 664

Supreme Court of Arkansas
Opinion delivered May 13, 2004

*John R. Irwin,* for appellant.

No response.

PER CURIAM. Appellant Irene Waddle, through her attorney, John R. Irwin, has filed a motion for rule on the clerk. Mr. Irwin admits responsibility for failing to timely file the record due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.